In the Matter of GENA S. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. JACQUELINE M. GRASSO, ESQ., Attorney for the Child, Appellant. (Appeal No. 1.) [961 NYS2d 355]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.

In the Matter of MISTY S. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. (Appeal No. 2.) [961 NYS2d 355]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.

In the Matter of SHAUNDRA D. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, RESPONDENT; KAREN M., Appellant. (Appeal No. 3.) [961 NYS2d 355]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.

In the Matter of DEBORAH BURNS et al., Respondents, v CARLOS CARBALLADA, in His Official Capacity as Commissioner of Neighborhood and Business Development of City of Rochester, et al., Appellants. [961 NYS2d 355]—Motions for reargument or leave to appeal to the Court of Appeals denied. Present— Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

In the Matter of KELIANN ELNISKI, Appellant, v NIAGARA FALLS COACH LINES, INC., et al., Respondents. (Appeal No. 1.) [961 NYS2d 355]—Motion for reargument or leave to appeal to the Court of Appeals denied. Cross motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, Sconiers and Whalen, JJ.

In the Matter of JOHN RICHARD, Petitioner, v HAROLD GRAHAM, Superintendent, Respondent. [961 NYS2d 354]—Motion for vacatur and other relief denied. Present—Smith, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KASIEM WILLIAMS, Appellant. [961 NYS2d 355]—Motion for reargument denied. Present—Scudder, P.J., Fahey, Carni, Lindley and Sconiers, JJ.